UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              NOTICE OF APPEARANCE

           -against-                          2011-mj-01183

RYAN N. HERMON,

                    Defendant.

-------------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, I, the undersigned am attorney duly licensed and

authorized to practice law in the United States District Court, Eastern District of New

York.  Furthermore, I hereby appear as Attorney of Record on behalf of the defendant in

the above-entitled action.


DATED: December 13, 2011
Central Islip, New York


Douglas Byrne
Brocato & Byrne, LLP
320 Carleton Avenue
Suite 3400
Central Islip, New York 11722
631-234-1650